# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ROME DIVISION

| | |
|---|---|
| JAMES CABLE FRYMYER<br>PLAINTIFF,<br><br>V.<br><br>LT. GABRIELLA ILLA,<br>Et Al.<br>DEfendant. | CIVIL ACTION NO:<br>4:15-CV-142<br><br>FILED IN CLERK'S OFFICE<br>U.S.D.C. Rome<br><br>OCT 19 2016<br><br>JAMES N. HATTEN, Clerk<br>By: _____ Deputy Clerk |

## PLAINTIFF'S PRETRIAL ORDER

Come NOW Plaintiff's, James Cable Frymyer PRO-SE for the State of Georgia, and hereby submit my PRE-TRIAL Order as follows:

### 1.

There are no motions or other matters pending pending for consideration by the Court except as noted:
There are no motions pending at this time. Plaintiff anticipate filing motions in future trail.

### 2.

All discovery has been completed, unless otherwise noted and the court will not consider any further motions to compel discovery.

Page 1 of 4

Provided there is no resulting delay in readiness for trial, the parties shall however, be ~~see~~ permitted to take depositions of any persons for the preservation of evidence and for use at trial.

### 3.

Unless otherwise noted, there is no question as to jurisdiction of the court;

Jurisdiction in this court is premised on 28 U.S.C. § 1331 for all claims.

### 4.

The following individually-named attorneys are hereby designated as lead counsel for the parties:

Plaintiff: <u>Pro-se</u>
Defendants: <u>John C. deMoulpied</u>
Other Parties: <u>NONE</u>

### 5.

The captioned case shall be tried (X) to a jury or (__) to the court without a jury, or (__) the right to trial by jury is disputed.

This case is properly decided by a jury with respect to the issue of liability and damages.

### 6.

Plaintiff does not believe that the trial should be bifurcated.

7.

The court shall question the prospective jurors as to their address and occupation and as to occupation of a spouse, if any. Counsel may be permitted to ask follow-up questions on these matters. It shall not, therefore, be necessary for counsel to submit questions regarding these matters. The determination of whether the judge or counsel will propound general voir dire questions is a matter of courtroom policy which shall be established by each judge.

8.

Plaintiff does not object to a 6-person jury.

9.

Plaintiff has no other litigation in the courts as of this date.

10.

Attached hereto as Attachment "A" is Plaintiff's outline of the case which includes a factual summary of plaintiff's cause of action and which shall be neither argumentative nor recite evidence. All relevant rules, regulations, statues, ordinances, and illustrative case law creating a specific legal duty relied upon by plaintiff shall be listed under a separate heading. In negligence cases, each and every act of negligence relied upon shall be separately listed.

For each item of damage claimed, plaintiff shall separately provide the following information: (A) A brief description of the item claimed; (B) the dollar amount claimed; and (C) A citation to the law, rule, regulation or any decision authorizing a recovery for that particular item of damage. Items of damage not identified in this matter shall not be recoverable.

## II.

The legal issues to be tried are as follows:

1) Whether force was used on Plaintiff Frymyer by Defendant Illa?

2) Whether force was used on Plaintiff Frymyer by Defendant Holloway?

3) If force was used by Defendant Illa, whether it was applied in a good faith effort to maintain or restore discipline, or whether the force applied was malicious and sadistic for the purpose of causing harm?

4) If force was used by Defendant Holloway, whether it was applied in a good faith effort to maintain or restore discipline, or the whether force applied was malicious and sadistic for the purpose of causing harm?

5) If force was used by either Defendant a violation of Plaintiff's 8th amendment rights?

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ROME DIVISION

JAMES CABLE FRYMYER,
PLAINTIFF,

V.

LT. GABRIELLA ILLA,
et al.
DEFENDANT

CIVIL ACTION NO:
4:15-CV-142

### Plaintiff's Proposed Questions Regarding Juror's Legal Qualifications to Serve

1) Are any of you related by blood or marriage to one of the parties in this case?
   James Cable Frymyer, Plaintiff's
   Lieutenant Gabriella Illa, Defendant
   Correctional Officer Mark Holloway, Defendant

2) Are any of you related by blood or marriage to any witness in this case?

3) Have you ever been convicted of a felony?

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ROME DIVISION

JAMES CABLE FRYMYER
  Plaintiff,

v.

LT. GABRIELLA ILLA,
et al.
  Defendant.

CIVIL ACTION NO:
4:15-CV-142

## Plaintiff's Proposed Voir Dire

1) Does any juror know or have you ever met the Plaintiff or Defendants?
   James Cable Frymyer, Plaintiff
   Lieutenant Gabriel Illa, Defendant
   Correctional Officer Mark Holloway, Defendant

2) Has any juror had prior experience as a member of a jury? If so, were you able to reach a verdict?

3) Has any juror ever been a party to a lawsuit?
   A) If yes, were you a plaintiff or defendant?
   b) Was the lawsuit in federal or state court?

4) Has a relative or friend ever been a party to a lawsuit against the State of Georgia or any employee thereof?

5) Have any of you ever been a witness in any legal proceeding?

6) Do you have any legal training or in law in anyway?
   If so, please descibe.

7) Does any juror have any work experience with in state prison or jail of any kind?
   If so, please descibe.

8) Do you have any feelings or opinions about prisons or jails facilities are run?

9) Do you have any family or close friends who have been in prison, jail, or a correctional officer?

10) In a civil suit, the Defendant has to proved that the allegations against them are false. Does any member have a problem with holding to this burden?

11) Does any juror know of any reason why you cannot fairly and impartially try the issues of this case solely on the evidence presented and the law as given to you by the Court, if selected to serve on the jury?

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

JAMES CABLE FRYMYER
    Plaintiff,

V.

Lt. GABRIELLA ILLA,
et al.
  Defendant.

CIVIL ACTION NO:
4:15-CV-142

## Plaintiff's Summary of the Case

On the morning of May 19, 2014 I James C Frymyer Plaintiff pro-se was going back to my dorm along with other Inmates under escort by a Officer at about 1030 Am from Kitchen detail. As walking down the mall side walk nearing Edulation. The warden and staff with Cert came out of edultion and started down the sidewalk are way. We stopped at Attention as Cert came up and told us to put your hands on the wall. Now, video cameras are placed all down the sidewalk for this reason to catch Officer's or Inmate's doing wrong. Everyone put's there

hand's on the wall to be patted down (Searched) I have a jar of Mayo and Jelly in back pocket. it is taken which both and sold on the store. Alright the Cert tell us to get back in line. I turn to Sgt. Illa and ask for a receipt for the item's taken. As I'm walking to the end of the line. Sgt Illa get's angry and says I'm "tired of your shit" get back on the wall & I'm locking you up. I do as I'm told by Sgt Illa asking what I'm being lock up for, as Sgt Illa gets to me and goes for my arm to put handcuffs on starts yelling stop resisting which I am clearly not doing on video. Knew Officer Shannon (Cert) puts handcuffs on me once Sgt Illa takes me to the sidewalk. Sgt Illa has his knee on my neck I can't breath I tell him this and Sgt. Illa stands half way up and uses his knee and weigh and brakes my jaw which I don't realize at first I'm spitting blood I think my teeth got knocked out this is when I get upset but not before. I'm taken to medical never did I spit or kick Sgt Illa or Cert Shannon video also will show this plus Cert Holloway is video taping

Also, I enter medical waiting room and ask for Mental Health to be called and refuse to go any further and dropped to my knees no spitting, kicking or anything. They put me in a restrain chair with no resisting cuffed and leg restrains. I'm rolled into medical where a nurse looked at me. I tolded her I think my jaw is broke and my teeth were knock out. She looks and says I'm fine to SMU Tier II strip cell that it I'm injored. So I yell for someone to call Mental Health I'm in pain and Sgt. Illa says he don't care who I want this when I'm shot in the chest with a tazer gun while still in cuffs and restrained in a chair. This is Cert Holloway who shoots the tazer also a Lieutenant has the video camera I ask her if she is going to stop this she does not say a word Sgt. Illa tells me to shut up or have Cert Holloway taze me again. After this I the Plaintiff went through 2 surgery's plus 3 teeth removed at Augusta Medical Prison over the next three months.

If this is not a violation of the Eighth Amendment then I the plaintiff don't no what is. You the jury will see video tape of this forced used when it clearly did not need to be used. The Plaintiff was either in handcuffs or restrained to chair there was not true threat to Officer's or plaintiff. Also ~~why~~ no discipline report of guilty for all this because they the report were dismissed. I the plaintiff pray you the jury will see the trueth of this matter.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

JAMES CABLE FRYMYER
Plaintiff,

v.

LT. GABRIELLA ILLA,
et al.
Defendant

CIVIL ACTION NO:
4:15-CV-142

## Plaintiff's Witness List

Plaintiff will call the following witnesses:
NONE.

Plaintiff may call the following witnesses:

Defendant Gabriel Illa
Lieutenant
Hays State Prison
777 Underwood Dr.
Trion GA 30753

Defendant Mark Holloway
Sergeant
Hay State Prison
777 Underwood Dr.
Trion, GA. 30753

Plaintiff
Rogers State Prison

Cynthia Ditslear, MD
3601 Gordon Highway
Grovetown GA 30813

_____

Anyone on Defendant's witness list

<u>IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION</u>

JAMES CABLE FRYMYER
　　　　Plaintiff,

v.

LT. GABRIELLA ILLA,
et al.
Defendant

CIVIL ACTION NO:
4:15-CV-142

PLAINTIFF'S OBJECTIONS TO (Defendant's Proposed Exhibits)

- Exhibit 11 - Plaintiff's certified convictions- Plaintiff object to the extent Defendants intends to use this Exhibit to demonstrate that Plaintiff is locked up for murder which has no irrelevance to this case. That case was in 1997.

