IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JAMES CABLE FRYMYER,

    Plaintiff,

v.                       CIVIL ACTION FILE NO.:
                          4:15-CV-0142-HLM

CERT OFFICER HOLLOWAY,

    Defendant.

## ORDER

This case is before the Court on the Court's August 2, 2016, Order, the Court's August 24, 2016, Order, the Court's September 19, 2016, Order, the Court's October 18, 2016, Order, and on the Court's own Motion.

On August 2, 2016, United States Magistrate Judge Walter E. Johnson entered an Order directing the Parties to file their respective portions of the pretrial order within twenty-one days. (Order of Aug. 2, 2016 (Docket Entry No. 41).) Judge Johnson specifically cautioned the Parties "that failure to comply with this order may result in the imposition of sanctions, which could include

AO 72A
(Rev.8/8
2)

either dismissal of the action or entry of a default judgment, as appropriate." (Id. at 1.) Defendant filed his portion of the pretrial order as directed. (Docket Entry Nos. 43-44.) Plaintiff did not file his portion of the pretrial order.

On August 24, 2016, the Court entered an Order directing Plaintiff to file his portion of the pretrial order within twenty-one days. (Order of Aug. 24, 2016 (Docket Entry No. 46).) The Court cautioned Plaintiff that the Court would dismiss this case for want of prosecution if Plaintiff failed to file his portion of the pretrial order as directed. (Id. at 2.) Plaintiff did not file his portion of the pretrial order as directed.

On September 19, 2016, the Court entered another Order directing Plaintiff to file his portion of the pretrial order within twenty-one days. (Order of Sept. 19, 2016 (Docket Entry No. 50).) The Court again cautioned Plaintiff that the Court would dismiss this

AO 72A
(Rev.8/8
2)

case for want of prosecution if Plaintiff failed to file his portion of the pretrial order as directed. (Id. at 3.)

On October 18, 2016, the Court entered an Order dismissing this case for want of prosecution due to Plaintiff's failure to comply with three Court Orders directing him to file his portion of the proposed consolidated pretrial order. (Order of Oct. 18, 2016 (Docket Entry No. 54).) On that same day, the Clerk entered a judgment dismissing this action for want of prosecution. (Clerk's J. (Docket Entry No. 55).)

On October 19, 2016, the Clerk received Plaintiff's portion of the proposed consolidated pretrial order. (Pl.'s Proposed Pretrial Order (Docket Entry No. 56).) In light of that filing, which likely was mailed before the Court entered its Order dismissing this case, the Court finds that it is appropriate to vacate the October 18, 2016, Order and the Clerk's Judgment and to direct the Clerk to re-open this case.

ACCORDINGLY, the Court **VACATES** the October 19, 2016, Order [54] and the Clerk's Judgment in this action [55], **FINDS** that Plaintiff has complied with the September 19, 2016, Order [50], and **DIRECTS** the Clerk to **RE-OPEN** this case.

IT IS SO ORDERED, this the ___ day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)