2/9/17
FILED IN CLERK'S OFFICE
U.S.D.C. Rome

FEB 09 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Clerk of Court,

    I James Ferguson Case # 4:15-CV-142 Civil Action am trying to find out when or if a ~~trial~~ date has been set. And what I am suppost to ~~file~~ file after the Pre-trial motion. Thank you for your time and concern in this matter.

*James Ferguson*
Signed this date February 9, 2017